IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LARRY SQUIRES,

    Plaintiff,

v.                                                      CASE NO. 1:05-cv-00139-MP-AK

CATHERINE ANN DARLING,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 8, Notice of Voluntary Dismissal, by Larry Squires. For good cause shown, the Court finds that this cause should be **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(1).

**DONE AND ORDERED** this _4th_ day of April, 2006.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**